# United States Bankruptcy Court
## Middle District of Alabama

In re **Florida Wilson**  
Debtor(s)

Case No. **17-30040**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 16, 2018**, a copy of **AMENDED PLAN** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**All Creditors**

/s/ Richard D. Shinbaum
**Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545Fax:334-263-4096-Selma
334-874-1084
rshinbaum@smclegal.com**