UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: FLORIDA WILSON
      1514 MONTGOMERY HWY
      GREENVILLE, AL 36037

CASE NO: 17-30040-WRS

Soc. Sec. No. XXX-XX-3955
      Debtor.

**AMENDED**
**INCOME WITHHOLDING ORDER**

TO: HWASHIN AMERICA CORP
     ATTN PAYROLL
     661 MONTGOMERY HWY
     GREENVILLE, AL 36037

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that HWASHIN AMERICA CORP withhold from the wages, earnings, or other income of this debtor the sum of **$652.00 MONTHLY** and remit all such funds withheld to:

      CHAPTER 13 TRUSTEE
      17-30040-WRS FLORIDA WILSON
      P O BOX 613108
      MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, May 15, 2018.

cc: Debtor
    Debtor's Attorney

*/s/ William R. Sawyer*
William R. Sawyer
United States Bankruptcy Judge